**KAYE, ROSE & PARTNERS, LLP**
Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
1801 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
fbrucculeri@kayerose.com
dberberich@kayerose.com

Attorneys for Defendants
**MIKELSON YACHTS, INC. and
BLUEWATER YACHT BUIILDERS, LTD.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CAMPBELL, an individual; and CARLOTA FRANKLIN-CAMPBELL, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM LOGUE, an individual and as a Trustee for the Sears/Logue Revocable Trust; THE SEARS LOGUE REVOCABLE TRUST; DAVID MARQUEZ, an individual; BLUEWATER YACHTS, INC., a California Corporation; NAN YA PLASTICS CORPORATION, a Foreign Corporation; NAN YA PLASTICS CORPORATION, a Delaware Corporation, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | Case No.: 10-CV-1821-JM-DHB <br><br> **PRETRIAL DISCLOSURES BY DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.** |

Pursuant to Federal Rules of Civil Procedure Rule 26(a)(3), Defendants MIKELSON YACHTS, INC. (hereinafter referred to as "Mikelson") and BLUEWATER YACHT BUILDERS, LTD. (hereinafter referred to as "Bluewater") hereby make the following Pretrial Disclosures: Mikelson and Bluewater incorporate by reference as though fully set forth herein the Pretrial

1
**PRETRIAL DISCLOSURES**

Disclosures made by Defendants WILLIAM LOGUE and THE SEARS/LOGUE REVOCABLE TRUST (hereinafter referred to as "Logue Defendants") and Defendant DAVID MARQUEZ. Mikelson and Bluewater intend to rely on the witnesses and documents referred in the Pretrial Disclosures of the Logue Defendants and David Marquez, as well as the following:

## I. WITNESSES MIKELSON AND BLUEWATER EXPECT TO CALL AT TRIAL

See witnesses listed in the Pretrial Disclosures of the Logue Defendants and David Marquez. In addition:

**1. Dr. Steven Wiker, CPE**

Ergo Tek Inc.
93 South Jackson Street #45827
Seattle, Washington 98104

> Dr. Wiker is a mechanical engineer who specializes in technical aspects of accident reconstruction and injury causation. Dr. Wiker is expected to testify concerning the cause of Plaintiff's fall in this case, including without limitation, that the deck surface on the ANDALE did not present an unreasonable risk of harm and what other factors were the contributors to Plaintiff's fall.

**2. Patrick Sullivan**

c/o Kaye, Rose & Partners LLP

> Mr. Sullivan is an owner of Mikelson Yachts, Inc. and will testify concerning all relevant information regarding the subject vessel ANDALE.

**3. Chaur Nan "Jack" Chen**

c/o Kaye, Rose & Partners LLP

> Mr. Chen is a principal of Bluewater Yacht Builders, Ltd. and will testify concerning all relevant information regarding the manufacture of the subject vessel ANDALE.

## II. WITNESSES MIKELSON AND BLUEWATER MAY CALL AT TRIAL

See witnesses listed in the Pretrial Disclosures of the Logue Defendants and David Marquez.

## III. WITNESSES MIKELSON AND BLUEWATER MAY PRESENT BY DEPOSITION

See witnesses listed in the Pretrial Disclosures of the Logue Defendants and David Marquez. In addition:

1. **Chaur Nan "Jack" Chen** – Possible passport/visa issue

## IV. EXHIBITS MIKELSON AND BLUEWATER EXPECT TO PRESENT AT TRIAL

See exhibits listed in the Pretrial Disclosures of the Logue Defendants and David Marquez. In addition:

1. All documents produced by Mikelson and Bluewater in this matter.

Dated: February 1, 2013　　　　　　　　**KAYE, ROSE & PARTNERS, LLP**

By: ___*/s/ Frank C. Brucculeri*___
　　Frank C. Brucculeri
　　Daniel F. Berberich
　　Attorneys for Defendants
　　MIKELSON YACHTS, INC. and
　　BLUEWATER YACHT BUILDERS, LTD.