KAYE, ROSE & PARTNERS, LLP
Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
1801 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
fbrucculeri@kayerose.com
dberberich@kayerose.com

Attorneys for Defendants
**MIKELSON YACHTS, INC. and
BLUEWATER YACHT BUIILDERS, LTD.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CAMPBELL, an individual; and CARLOTA FRANKLIN-CAMPBELL, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM LOGUE, an individual and as a Trustee for the Sears/Logue Revocable Trust; THE SEARS LOGUE REVOCABLE TRUST; DAVID MARQUEZ, an individual; BLUEWATER YACHTS, INC., a California Corporation; NAN YA PLASTICS CORPORATION, a Foreign Corporation; NAN YA PLASTICS CORPORATION, a Delaware Corporation,<br><br>    Defendants. | Case No.: 10-CV-1821-JM-DHB<br><br>**DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 2 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO TESTIMONY THAT DEFENDANTS FAILED TO DESIGN OR TEST THE VESSEL'S DECK TO MEET COEFFICIENT OF FRICTION STANDARDS**<br><br>FPC:  May 20, 2013 at 10:00 AM<br>Trial:  May 28, 2013 at 10:00 AM<br>Judge: Jeffrey T. Miller<br>Place: Courtroom 5D |
| AND RELATED CROSS-ACTIONS | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  Defendants MIKELSON YACHTS, INC. and BLUEWATER YACHT BUILDERS, LTD. (collectively referred to herein as "Defendants") hereby move this Court for an order precluding plaintiffs STEVEN CAMPBELL and CARLOTA FRANKLIN-CAMPBELL (referred to herein as "plaintiffs") from introducing, referring to, suggesting, commenting on, testifying to, relying on,

1

introducing documentary evidence regarding, submitting jury instructions regarding, and/or interrogating others regarding testimony that Defendants failed to design or test the Vessel's deck to meet coefficient of friction standards.

This motion is made on the ground that the evidence described above fails to satisfy the requirements of Federal Rules of Evidence 401 and 402. In addition, the evidence described above is likely to be confusing, will consume undue time and resources and has no probative value (Federal Rules of Civil Procedure 403).

This motion is based on the Memorandum of Points and Authorities filed herewith, the Declaration of Daniel Berberich, the papers and records on file herein, and on such oral and documentary evidence and argument as may be presented at the hearing of this matter.

Dated: April 29, 2013        **KAYE, ROSE & PARTNERS, LLP**

By: /s/ *Frank C. Brucculeri*
    Frank C. Brucculeri
    Daniel F. Berberich
    Attorneys for Defendants
    MIKELSON YACHTS, INC. and
    BLUEWATER YACHT
    BUILDERS, LTD.