# Exhibit "B"



SAMPSEL AND ASSOCIATES

Consulting Engineers

5818 Blacksmith Road, Bonita, CA 91902

(619) 421-3345

Report regarding

## Campbell v. Logue

Prepared for

Morgan J. C. Scudi, Esq.

SCUDI JOHNSON & AYRES, LLP

5440 Morehouse Drive, Suite 4400

San Diego, CA 92121798

January 12, 2012

## BACKGROUND

On or about December 7, 2008, Mr. Steven Campbell slipped and fell onboard the ANDALE while fishing in International waters off the southern tip of Baja California. The ANDALE is a 2007, 57 foot Mikelson Luxury Sports Fisher manufactured for Mikelson by Bluewater Yacht Builders, Taipei, Taiwan. The vessel carries Hull Identification Number (HIN) MYI57002H708.

1

Mr. Campbell was fishing from the bow or foredeck area of ANDALE when the boat was maneuvered. While attempting to move aft on a wetted deck caused by the maneuver, he slipped and fell causing severe injuries.

## DISCUSSION

1. The ANDALE was manufactured for Mikelson Yachts by Bluewater Yacht Builders, Taipei, Taiwan. The vessel's hull is of fiberglass construction with major components being formed in molds.

2. Mr. Chaur Nan "Jack" Chen, the General Manager of Bluewater Yacht Builders indicated in his deposition that the foredeck walking areas have a molded in nonskid pattern. The nonskid pattern or profile was obtained by purchasing a commercially available product believed to be rubber or a rubber like matt material. This material was then used as a pattern to obtain a similar profile in wood to be used as the boat mold. The fiberglass boat then took the wooden mold pattern in appropriate deck areas, thus duplicating the rubber nonskid matt pattern originally purchased. According to Mr. Chen, this pattern was incorporated into the boat's hull design without testing. No analysis was conducted of the effect that a change of material might have on nonskid properties. Additionally, the final frictional properties or Coefficient of Friction of these profiled deck areas were not determined.

3. A surface is judged to be slippery or not by the Coefficient of Friction between it and another surface. In walking that would be the static Coefficient of Friction between the walking surface and the shoe of the person walking. It is calculated by dividing the normal (vertical) force to the walking surface into the horizontal

force required to cause (in this case) the shoe to slip. This produces a dimensionless number. The analysis is a bit more complex for a tilted or angled walking surface as may be encountered on a moving and rocking boat. In general terms: (1) the larger the Coefficient of Friction the better; (2) that a wet surface has a Coefficient of Friction that is less than the same surface when it is dry; and (3) that the sliding Coefficient of Friction is less than the static or non sliding Coefficient of friction. Thus once the shoe starts to slide it will probably continue to slide until acted upon by another force or event.

4. The generally accepted minimum value of a coefficient of friction is 0.5 when applied to land based walking surfaces. This static value and its history was researched by Michael Kravitz, P.E. and reported in a paper published in the December 1999 Journal of the National Academy of Forensic Engineers (NAFE). Thus when one considers that the land surface does not tilt, it appears additional margin or factor of safety should be considered beyond the 0.5 if applied to a boat.

5. The American Boat and Yacht Council produces Standards and Recommended Practices for Small Craft. Their Standard H-41 would apply to this matter. Paragraph 41.11.1.1 c. of this standard specifies that slip resistant surfaces shall be used in weather deck locations, inter alia. However, a specific coefficient of friction number is not provided.

6. A paper was authored by Darren Melhuish PE and John Wegand titled Coefficient of Friction, The Development of a Standard Portable Device for the US Naval Fleet. This paper notes the various Military (MIL) and Department of Defense (DOD) Standard requirements for values of coefficients of friction on naval ship decks (horizontal surfaces) as well as related testing devices. The

3

standards reflect the necessary increase in coefficients of friction due to activities on moving surfaces of naval ships. Coefficient of friction values for MIL and DOD Standards generally fall in the range of 0.85 to 0.90.

7. This writer traveled to Cabo San Lucas in February 2011 and conducted Coefficient of Friction measurements on the ANDALE. Photograph 1 is a general view of the bow area of the ANDALE. Photograph 2 shows the general deck profile or "diamond" pattern of the ANDALE of the bow nonskid. The averaged the dry static Coefficient of Friction measurements taken in the approximate area that Mr. Campbell slipped and fell was 0.376.

8. Calculations were accomplished to determine the effect on a listed (tilted) deck of ANDALE using this average coefficient of friction. Since the bow or foredeck is normally sloped to permit water drainage, a value of 10 degrees slope was taken. If the vessel lists (tilts) 10 additional degrees, the deck surface is 20 degrees to the horizontal. At an angle of 20 degrees, the calculated retarding friction force barely exceeds the downward slipping force due to gravity. This calculation does not take into account any other forces such as inertia which might be caused by a boat being maneuvered. The calculated angle at which uncontrolled slip occurs is 20.6 degrees, again ignoring any other imposed external forces. The angles considered are certainly expected to be experienced or exceeded by a vessel similar to the ANDALE in a seaway.

9. The after or cockpit deck on ANDALE was of a wooden material believed to be teak. Static Coefficient of Friction measurements of this area, again averaged, were 0.620. Note not only the difference but that a person going forward to fish from the bow area would suddenly find himself on a surface with almost half of the nonslip properties than he had grown accustomed to in the cockpit.

4

10. Before departing Cabo San Lucas the day following measurements on the ANDALE, this writer visited Mr. Campbell's boat, a Hatteras yacht with HIN HATGD680B202. Coefficient of Friction measurements taken on the bow yielded an average value of 0.696. Although measurements were not taken in the aft cockpit area, the surface appeared to be the same as the bow surface nonskid and therefore could be expected to produce similar results. Thus a person going forward to fish from the bow would experience approximately the same deck nonskid properties. Visually the nonskid surface appeared to have been applied to the bow after molding and contained what appeared to be grit particles, similar to sand, in a paint or coating matrix.

11. Summarizing the above readings, the ANDALE bow Coefficient of Friction measurements yielded a value that was approximately 20% <u>below</u> the land standard, while those taken on the Hatteras bow were approximately 40% <u>above</u> that standard.

12. This writer has experience with a wide variety of commercially available and man made nonskid applications for the marine environment. The products range from single coatings that can be applied with a long nap roller to two part systems that include some type of grit or profile raiser to enhance the properties of the finished nonskid surface. Hatteras Yachts was contacted and indicated that they now use commercially available grit mixed in their paint for deck nonskid surfaces. It was interesting to this writer that while studying this matter an article appeared in the BOATING magazine on how to apply a product and restore nonskid decks.

13. While taking dry static Coefficient of Friction measurements on ANDALE, some wet measurements were taken. During the measurements the plastic bucket used to hold the water was set on the raised portion of the bow, also nonskid patterned. The bucket would not stay where positioned but kept sliding toward the deck edge. Although not a scientific test itself, the sliding bucket was a gross indicator of the deck "slipperiness". The same bucket placement on the Hatteras remained in place.

14. In addition to the above, the ANDALE bow nonskid "felt" slippery to this writer. As a sailboat enthusiast this writer has for years participated as a crewmember aboard many sailboats and among other duties, served as foredeck crew on a Catalina 30, and other similar sailboats. This involves bay buoy as well as open ocean, near shore racing. To this writer a nonskid surface is extremely important and the surface on the ANDALE just did not "feel" secure.

15. Boat testing was conducted utilizing one or more of Mr. Campbell's boat shoes that he wore at the time of the incident. A photograph of the bottom of Mr. Campbell's shoes is included as photograph 3. Pull tests were made with a five pound lead weight inserted in the sole area of the shoe. A Chatillon Force Gage, Catalog # 719-10 was used in the measurements.

16. A list of the documents reviewed prior to preparing this report is included as an attachment. Also attached is a list of deposition and trials during the past four years, publications authored in the past 10 years, and a current C.V.

## CONCLUSIONS

The nonskid surface on the bow of the ANDALE was defective because it was unnecessarily slippery for its intended use and when coupled with the wet and moving foredeck was a direct cause of Mr. Campbell's fall and injuries. The surface falls below even the minimum stationary land requirement without considering any additional margin required for a boat surface on a moving and / or wet deck. Additionally the difference in Coefficient of Friction between the forward and after decks could cause difficulty in adjusting to the slippery bow surface condition.

Although not anticipated, the discussion and conclusions reached and noted above are based on this writer's review and analysis to date and could change based on the receipt and review of additional relevant material.

Submitted,

*Michael M Sampsel*
Michael M. Sampsel



Photo 1 – General View of Bow of ANDALE



Photo 2 – Nonskid Bow Deck Profile of ANDALA



Photo 3 – Bottom of Mr. Campbell's Boat Shoes

List of Documents Reviewed

1. Complaint
2. NAFE Journal 1999 The History of the 0.50 SCOF
3. Deposition Chaur Nan "Jack" Chen
4. ASTM D2047-82 Standard Test Method for Static Coefficient of Friction of Polish Coated Floor Surfaces as Measured by the James Machine
5. "Restoring Nonskid Decks", Boating magazine, November / December 2011
6. Coefficient of Friction, The Development of a Standard Portable Device for the US Naval Fleet, by Darren Melhuish PE and John Wegand
7. ABYC H-41