**KAYE, ROSE & PARTNERS, LLP**
Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
1801 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
fbrucculeri@kayerose.com
dberberich@kayerose.com

Attorneys for
**MIKELSON YACHTS, INC. AND
BLUEWATER YACHT BUILDERS, LTD.**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CAMPBELL, an individual; and CARLOTA FRANKLIN-CAMPBELL, an individual, <br><br>         Plaintiffs, <br><br>         v. <br><br> WILLIAM LOGUE, an individual and as a Trustee for the Sears/Logue Revocable Trust; THE SEARS LOGUE REVOCABLE TRUST; DAVID MARQUEZ, an individual; MIKELSON YACHTS, INC., a California Corporation; NAN YA PLASTICS CORPORATION, a Foreign Corporation; NAN YA PLASTICS CORPORATION, a Delaware Corporation, <br><br>         Defendants. | Case No.: <br> 3:10-cv-01821-JM -DHB <br><br> **CERTIFICATE OF SERVICE** |
| AND RELATED CROSS-ACTIONS | |

///
///
///
///
///
///
///

Kaye, Rose & Partners LLP

1.     I am over the age of eighteen years and not a party to the action.  I am employed in the county where the mailing took place.

2.     My business address is 1801 Century Park East, Suite 1500, Los Angeles, CA 90067.

3.     On April 29, 2013, I served the following document described as:

- **DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 1 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO TESTIMONY OF MICHAEL SAMPSEL**

- **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 1 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO TESTIMONY OF MICHAEL SAMPSEL**

- **DECLARATION OF DANIEL BERBERICH IN SUPPORT OF DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 1 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO TESTIMONY OF MICHAEL SAMPSEL**

- **DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 2 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO TESTIMONY THAT DEFENDANTS FAILED TO DESIGN OR TEST THE VESSEL'S DECK TO MEET COEFFICIENT OF FRICTION STANDARDS**

- **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 2 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO TESTIMONY THAT DEFENDANTS FAILED TO DESIGN OR TEST THE VESSEL'S DECK TO MEET COEFFICIENT OF FRICTION STANDARDS**

- **DECLARATION OF DANIEL BERBERICH IN SUPPORT OF DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 2 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO TESTIMONY THAT DEFENDANTS FAILED TO DESIGN OR TEST THE VESSEL'S DECK TO MEET COEFFICIENT OF FRICTION STANDARDS**

- **DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 3 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO TESTIMONY REGARDING THE CONSUMER EXPECTATIONS TEST**

Kaye, Rose & Partners LLP

- **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 3 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO TESTIMONY REGARDING THE CONSUMER EXPECTATIONS TEST**

- **DECLARATION OF DANIEL BERBERICH IN SUPPORT OF DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 3 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO TESTIMONY REGARDING THE CONSUMER EXPECTATIONS TEST**

- **DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 4 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO ANY OF PLAINTIFFS' TESTIMONY REGARDING THE MEDICAL CAUSATION OF PLAINTIFF'S INJURIES**

- **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 4 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO ANY OF PLAINTIFFS' TESTIMONY REGARDING THE MEDICAL CAUSATION OF PLAINTIFF'S INJURIES**

- **DECLARATION OF DANIEL BERBERICH IN SUPPORT OF DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 4 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO ANY OF PLAINTIFFS' TESTIMONY REGARDING THE MEDICAL CAUSATION OF PLAINTIFF'S INJURIES**

- **DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 5 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO THE PUBLICATION BY DARREN MELHUISH AND JOHN WEGAND ENTITLED "COEFFICIENT OF FRICTION, THE DEVELOPMENT OF A STANDARD PORTABLE DEVICE FOR THE US NAVAL FLEET"**

- **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 5 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR REFERRING TO THE PUBLICATION BY DARREN MELHUISH AND JOHN WEGAND ENTITLED "COEFFICIENT OF FRICTION, THE DEVELOPMENT OF A STANDARD PORTABLE DEVICE FOR THE US NAVAL FLEET"**

1    • **DECLARATION OF DANIEL BERBERICH IN SUPPORT OF DEFENDANTS MIKELSON YACHTS, INC. AND BLUEWATER**

2    **YACHT BUILDERS, LTD.'S MOTION *IN LIMINE* NO. 5 FOR AN ORDER PRECLUDING PLAINTIFFS FROM INTRODUCING OR**

3    **REFERRING TO THE PUBLICATION BY DARREN MELHUISH AND JOHN WEGAND ENTITLED "COEFFICIENT OF FRICTION, THE**

4    **DEVELOPMENT OF A STANDARD PORTABLE DEVICE FOR THE US NAVAL FLEET"**

5

6    4.    The documents were served by the following means:

7    **By Electronic Transmission (CM/ECF).**  Pursuant to the Electronic Case

8    Filing Administrative Policy and Procedures Manual, Section 2(d)(2), the parties

9    set forth in paragraph 5 below, who are all registered users of the CM/ECF

10   system, were each served, concurrently with the filing of the document(s) set

11   forth in paragraph 3 above, via the Court's CM/ECF system.

12

13   5.    Parties served via the CM/ECF procedure:

14   Jim Ray Ayers, Jr.                              Geoffrey Robb

15   Morgan J.C. Scudi                               Chelsea Davenport Yuan

     SCUDI & AYERS, LLP                              Gibson Robb & Lindh, LLP

16   5440 Morehouse Drive, Suite 4400                201 Missions Street, Suite 2700

17   San Diego, CA 92121                             San Francisco, CA 94105

     E-mail: morgan@scudilaw.com                     Tel:  (415) 348-6000

18   E-mail: jayers@scudilaw.com                     Fax:  (415) 348-6001

                                                     E-mail: cyuan@gibsonrobb.com
19

20   Neil B. Klein

21   Maria del Rocio

22   Brook John Changala

     McKasson & Klein, LLP

23   2211 Michelson Drive, Suite 320

     Irvine, CA 92612

24   Tel: (949) 724-0200

25   Fax: (949) 724-0201

     neilk@mckassonklein.com

26   mrashby@mckassonklein.com

     bchangala@mckassonklein.com

27

28

1        I declare under penalty of perjury under the laws of the State of California

2  that the foregoing is true and correct and that this Declaration is executed on this

3  29th day of April, 2013 in Los Angeles, California.

4                                 */s/ Frank C. Brucculeri*

5                                 Frank C. Brucculeri

CERTIFICATE OF SERVICE